IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EQUIL IP HOLDINGS LLC,              )<br>                                                          )<br>             Plaintiff,                         )<br>                                                          )<br>     v.                                            )   C.A. No. 22-677-RGA<br>                                                          )<br>AKAMAI TECHNOLOGIES, INC.,    )<br>                                                          )<br>             Defendant.                     )<br>                                                          ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 19, 2024, the following was served on the counsel listed below in the manner indicated:

1) Invalidity Expert Report of Dr. Vijay Madisetti Regarding U.S. Patent No. 9,148,745.

**BY EMAIL/FTP**

| | |
|---|---|
| David E. Moore | Jason R. Bartlett |
| Bindu A. Palapura | Jason A. Crotty |
| Andrew L. Brown | Marc J. Pernick |
| POTTER ANDERSON & CORROON LLP | MASCHOFF BRENNAN GILMORE |
| Hercules Plaza, 6th Floor | ISRAELSEN & MAURIEL LLP |
| 1313 N. Market Street | 450 Sansome Street, Suite 1005 |
| Wilmington, DE 19801 | San Francisco, CA 94111 |
| dmoore@potteranderson.com | jbartlett@mabr.com |
| bpalapura@potteranderson.com | jcrotty@mabr.com |
| abrown@potteranderson.com | mpernick@mabr.com |
| | |
| Steven Callahan | Erynn L. Embree |
| Christopher T. Bovenkamp | Charles S. Barquist |
| CHARHON CALLAHAN ROBSON & GARZA, PLLC | MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP |
| 3333 Lee Parkway, Suite 460 | 1801 Century Park East, Suite 2400 |
| Dallas, TX 75219 | Los Angeles, CA 90067 |
| scallahan@ccrglaw.com | eembree@mabr.com |
| cbovenkamp@ccrglaw.com | cbarquist@mabr.com |
| | |
| | L. Rex Sears, Ph.D. |
| | Jacob O. Israelsen |

        MASCHOFF BRENNAN GILMORE
ISRAELSEN & MAURIEL LLP
95 S. State Street, Suite 800
Salt Lake City, UT 84111
rsears@mabr.com
jisraelsen@mabr.com

Sherman W. Kahn
MASCHOFF BRENNAN GILMORE
ISRAELSEN & MAURIEL LLP
15 W. 26th Street, 7th Floor
New York, NY 10010
skahn@mabr.com

Equil-Akamai-MB@mabr.com

PLEASE TAKE FURTHER NOTICE that on July 22, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| Of Counsel: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| James R. Batchelder<br>James L. Davis, Jr.<br>Daniel W. Richards<br>ROPES & GRAY LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303<br>(650) 617-4000<br>james.batchelder@ropesgray.com<br>james.l.davis@ropesgray.com<br>daniel.richards@ropesgray.com | /s/ Alexis N. Stombaugh<br>Adam W. Poff (No. 3990)<br>Robert M. Vrana (No. 5666)<br>Alexis N. Stombaugh (No. 6702)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>rvrana@ycst.com<br>astombaugh@ycst.com |
| Jolene L. Wang<br>Colin P. Dunn<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>(212) 596-9000<br>jolene.wang@ropesgray.com<br>colin.dunn@ropesgray.com | *Attorneys for Akamai Technologies, Inc.* |

Dated: July 22, 2024